1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   URIEL PEREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Case No. 1:15-cr-00284-AWI-BAM
                                 )
12           Plaintiff,          )  **REQUEST FOR RULE 43 WAIVER OF**
                                 )  **APPEARANCE FOR DEFENDANT; ORDER**
13  vs.                          )  **THEREON**
                                 )
14  URIEL PEREZ,                 )
                                 )
15           Defendant.          )
                                 )
16  _____ )

17         Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Uriel Perez, having

18  been advised of his right to be present at all stages of the proceedings, hereby requests that this

19  Court proceed in his absence on every occasion that the Court may permit, pursuant to this

20  waiver. Defendant agrees that his interests shall be represented at all times by the presence of his

21  attorney, the Office of the Federal Defender for the Eastern District of California, the same as if

22  Defendant were personally present, and requests that this Court allow his attorney-in-fact to

23  represent his interests at all times. Defendant further agrees that notice to Defendant's attorney

24  that Defendant's presence is required will be deemed notice to the Defendant of the requirement

25  of his appearance at said time and place.

26         Defendant lives in the State of Texas. It is a hardship for Defendant to travel to Fresno

27  for court appearances. Defendant understands that he will need to be present at any hearing

28  involving any substantive issue.

Defendant respectfully requests that the Court waive his appearance at all future non-substantive hearings.

1:15-cDATED:  December 15, 2015    */s/ Uriel Perez*
URIEL PEREZ
[Original Signature in File]


DATED:  December 15, 2015    */s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
Uriel Perez


**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **December 15, 2015**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE