HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
URIEL PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00284-DAD-BAM-2 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA FOR AUGUST 8, 2016, 10:00 A.M. BEFORE JUDGE DALE A. DROZD |
| vs. | ) ) | |
| URIEL PEREZ, | ) ) | Date:  August 8, 2016 |
| Defendant. | ) ) ) | Time:  10:00 a.m. Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Mark McKeon, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Uriel Perez, that the matter be set for a change of plea hearing on August 8, 2016, at 10:00 a.m., before Honorable Dale A. Drozd. The parties further stipulate that the status conference currently scheduled for August 8 2016, at 1:00 p.m. be vacated as to defendant Uriel Perez.

///

///

///

///

///

The parties have reached a resolution in this case and a plea agreement has been filed with the court.

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

Date:  May 25, 2016                */s/ Mark McKeon*
                                        MARK MCKEON
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date:  May 25, 2016                */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Uriel Perez

## **O R D E R**

The status conference currently scheduled for August 8 2016, at 1:00 p.m. before Magistrate Judge Barabara A. McAuliffe is vacated as to defendant Uriel Perez only. A change of plea hearing is set for August 8, 2016, at 10:00 a.m., before Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **May 25, 2016**                              /s/ Dale A. Drozd
                                                    UNITED STATES DISTRICT JUDGE